IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP J. ARCURI and MELANIE ARCURI, Administrators of the ESTATE OF ANDREA MARIE ARCURI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRIMECARE MEDICAL INC.,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 20-05408 |

### ORDER

**AND NOW**, this 16th day of August 2022, upon consideration of Defendant's Motion to Preclude Plaintiffs' Expert, Lawrence Guzzardi (Doc. No. 48), Plaintiffs' Response in Opposition (Doc. No. 50), the arguments of counsel for the parties at the hearing held on June 8, 2022 (Doc. No. 56), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 48) is **DENIED.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　 /s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.

1